**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Charles JOHNSON Defendant-Appellant**

**No. 17-1974**

United States Court of Appeals,
Eighth Circuit.

Submitted: February 6, 2018

Filed: February 9, 2018

Allison Hart Behrens, Assistant U.S. Attorney, Thomas Joseph Mehan, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, Amanda Schlager Wick, U.S. Department of Justice, Criminal Division, Fraud Section, Washington, DC, for Plaintiff-Appellee

Charles Johnson, Pro Se

Before BENTON, MURPHY, and ERICKSON, Circuit Judges.

PER CURIAM.

Charles Johnson appeals the within-Guidelines-range sentence the district court[1] imposed after he pled guilty to conspiring to interfere with commerce by robbery, and brandishing a firearm in furtherance of a crime of violence. His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), discussing the procedural and substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not impose a procedurally or substantively unreasonable sentence. See United States v. Feemster, 572 F.3d 455, 460-61 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing procedural and substantive reasonableness); see also United States v. Callaway, 762 F.3d 754, 760 (8th Cir. 2014) (within-Guidelines-range sentence is presumed reasonable). In addition, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

---

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.